# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL DANYLCHUK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 2:16-CV-6003-FMO-JEMx<br><br>**ORDER GRANTING STIPULATION [21] FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:16-CV-6003-FMO-JEMx, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: December 19, 2016

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Hon. Fernando M. Olguin
　　　　　　　　　　　　　　　　United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

153185.1

1

Case No. 2:16-CV-6003-FMO-JEMx
ORDER GRANTING STIP FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE